Reset Form

FILED
CLERK, U.S. DISTRICT COURT
03/19/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:24-mj-00133-DUTY |
| v. | 2:19cr125 |
| Lucian Andrei Bejinaru | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: US District Court
in the Eastern District of Virginia on 7/11/2019
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about
in violation of Title 18 U.S.C., Section(s) 1349, 1344, 1028A
to wit: Conspriacy, Bank Fraud, Aggravated Identity Theft

A warrant for defendant's arrest was issued by: US District Court - Eastern District of Virginia

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/18/2024
              Date

_____
Signature of Agent

Rene Persaud
Print Name of Agent

FBI
Agency

Special Agent
Title

---

CR-52 (03/20)          DECLARATION RE OUT-OF-DISTRICT WARRANT