Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**FILED**

2024 MAR 19 AM 10: 48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY ___ DER

8:24-mj-00133-DUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF

v.

Lucian Andrei Bejinariu

USMS# _____

DEFENDANT

CASE NUMBER:

2:19 cr 125

### REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on _March 18, 2024_ at _6:00_ ☒ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 1349, 1344, 1028A (Conspiracy, Bank Fraud, Aggravated ID Theft)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: _1990_

8. Defendant has retained counsel:   ☒ No

   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:   Duty - Jarryd Tanedo

10. Remarks (if any): _____

11. Name: _Rere Persaud_   (please print)

12. Office Phone Number: _323 219 6270_   13. Agency: _FBI_

14. Signature: _____   15. Date: _3/19/24_

CR-64 (09/20)                **REPORT COMMENCING CRIMINAL ACTION**